**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **STEVEN TODD FAIRCLOTH,**<br><br>***Plaintiff,***<br>**v.**<br><br>**BIBB COUNTY, GEORGIA, *et al.*,**<br><br>***Defendants.*** | **CIVIL ACTION NO.**<br>**5:26-cv-00056-TES** |

**ORDER DENYING MOTIONS TO DISMISS AS MOOT**

Before Plaintiff Steven Todd Faircloth filed a motion for leave to file an amended complaint, Defendants Wanda Ammons, Terkeia Bentley, Trinicholas Carswell, Joshua Cravey, Kendrick Exum, Sharon Howard, Wanda Johnson, Darius Inzar, and Scott Rickert filed motions to dismiss his recast complaint. [Doc. 6]; [Doc. 11]; [Doc. 13]. The Court granted Plaintiff's motion, and gave him until August 31, 2026, to file an amended complaint. [Doc. 17]. Plaintiff timely filed an amended complaint. [Doc. 18].

Under black letter federal law, "an amended complaint supersedes the initial complaint and becomes the operative pleading in the case." *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) (citations omitted). This means that "the original pleading is abandoned by the amendment, and [it] is no longer a part of the pleader's averments against his adversary." *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (citation omitted); *see also Hoefling v. City of Mia.*, 811 F.3d

1271, 1277 (11th Cir. 2016) (stating, initial pleading "bec[o]me[s] a legal nullity"). An original complaint can still have legal effect if "the amendment specifically refers to or adopts the earlier pleading." *Varnes v. Local 91, Glass Bottle Blowers Ass'n*, 674 F.2d 1365, 1370 n.6 (11th Cir. 1982) (citation omitted). However, an amended complaint that does not incorporate the prior pleading moots "the motion to dismiss the original complaint because the motion seeks to dismiss a pleading that has been superseded." *Wimberly v. Broome*, No. 6:15-cv-23, 2016 WL 3264346, at *1 (S.D. Ga. Mar. 29, 2016) (citing cases).

The Court has reviewed Plaintiff's amended complaint and found no reference to, or adoption of, any allegations set forth in its original complaint. Therefore, Plaintiff's amended complaint is the sole operative pleading in this case and renders moot Defendants' pending motions to dismiss, and the Court **DENIES** them as such. [Doc. 11]; [Doc. 13]. Furthermore, Plaintiff's amended complaint "narrows the case to claims against" Defendants Collins, Rickert, and Inzar only. [Doc. 18, p. 1]. The Court **DIRECTS** the Clerk of Court, therefore, to **terminate** all other Defendants.

**SO ORDERED**, this 1st day of September, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**